IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF

v.                     No. 4:19-cr-68-DPM

ENID SOPHIA SCHRAGER                            DEFENDANT

### ORDER

In 2021, Enid Schrager pleaded guilty to possession with intent to distribute methamphetamine. The Court sentenced her to ten years imprisonment—the statutory mandatory minimum. She now seeks relief from this sentence. A hearing isn't necessary. 28 U.S.C. § 2255(b); *Thomas v. United States*, 737 F.3d 1202, 1206 (8th Cir. 2013); *Winters v. United States*, 716 F.3d 1098, 1103 (8th Cir. 2013).

Schrager says her lawyer was ineffective—especially for failing to argue that she qualified for the safety valve. But the Court sees no failing by counsel. One of the requirements for the safety valve is that the defendant didn't possess a firearm in connection with the offense. 18 U.S.C. § 3553(f)(2). When she pleaded guilty, Schrager admitted that she had a Glock 26 pistol in her purse while she was transporting the methamphetamine that she was convicted of possessing. And she stipulated in her plea agreement that she would receive a two-level enhancement for possessing a firearm in the offense. *Doc. 29 at 5.* She did not qualify for the safety valve. Schrager's other ineffectiveness

arguments are not supported by the record, either. Her motion, *Doc. 45*, is denied.

So Ordered.

*[signed]* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 October 2022